428 A.2d 698

Commonwealth v. Lomax, Appellant.

Submitted November 16, 1979. Louis R. Dadowski, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Appeal quashed.